IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on Behalf of herself and others similarly situated, | CASE No. 3:25-cv-00160 |
| Plaintiff, | JURY DEMAND |
| v. | |
| DUSK USA, LLC, | |
| Defendant. | |

---

**PLAINTIFF'S RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

COMES NOW the Plaintiff, Sheri Butler Brockington, on behalf of herself and others similarly situated, by and through her undersigned counsel, and pursuant to F. R. Civ. P. Rule 41 (A)(1)(i), hereby files her Notice of Voluntary Dismissal Without Prejudice against Defendant, Dusk USA, LLC. There is no Rule 56 Motion for Summary Judgment pending.

    Respectfully submitted,

    <u>/s/William F. Burns</u>
    William F. Burns (TN Bar #17908)
    WATSON BURNS, PLLC
    5865 Ridgeway Center Pkwy.
    Suite 300
    Memphis, TN 38120
    (901) 529-7996
    bburns@watsonburns.com
    *Attorney for Plaintiff*

    <u>/s/Anthony I. Paronich</u>
    Anthony I. Paronich – *Admitted PHV*
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (617) 485-0018 – Phone
    anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on all parties who have made an appearance in this action via this Court's ECF filing system this 28th day of July 2025.

*/s/William F. Burns*